# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gene Vincent Hondl, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Dann Greenwood, ) <br> ) <br> Defendant. ) | **ORDER** <br><br> Case No. 1:18-cv-238 |

The Clerk's office shall file plaintiff's complaint but withhold service of it pending further instructions from the court.

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
